# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 29, 2006

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103    ( ) Judge

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 2 2 2006
DISTRICT OF HAWAII

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:     CV 02-00240SPK       Appeal No:    04-16830

Short Title:    Gohier vs. Quicksilver, Inc.

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy  6/20/03, 7/2/03, 8/6/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: