**FILED**
FEB 0 1 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAYTON C. GOHIER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>QUIKSILVER, INC., a Delaware corporation,<br><br>Defendant - Appellee. | No. 04-16830<br><br>D.C. No. CV-02-00240-SPK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2007

at ___ o'clock and ___ min.___M
SUE BEITIA, CLERK

Before: TROTT, WARDLAW, and W. FLETCHER, Circuit Judges.

This matter is resubmitted as of the filing date of this order. Appellant's motion to dismiss this appeal pursuant to an agreement of the parties is GRANTED. *See* Fed. R. App. P. 42(b). Each party shall bear its own costs. A certified copy of this Order sent to the district court shall act as and for the mandate of this court.

**DISMISSED with prejudice.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 1 2007

by
Deputy Clerk