```
                                                         MOATT   INVATT
                                                           x       i
```

INTERNAL USE ONLY: Proceedings include all events.
04-16830 Gohier v. Quicksilver, Inc.

CLAYTON C. GOHIER                    Keith M. Kiuchi, Esq.
      Plaintiff - Appellant          FAX 808/521-5873
                                     808-521-7465
                                     Suite 2525
                                     [COR LD NTC ret]
                                     KIUCHI AND NAKAMOTO
                                     1001 Bishop Street
                                     Pauahi Tower
                                     Honolulu, HI 96813

     v.

QUICKSILVER, INC., a Delaware        David B. Rosen, Esq.
corporation                          FAX 808/523-9595
      Defendant - Appellee           808/523-9393
                                     Suite 5050
                                     [COR LD NTC ret]
                                     LAW OFFICE OF DAVID B. ROSEN
                                     Pacific Tower
                                     1001 Bishop Street
                                     Honolulu, HI 96813

                                     Brent H. Blakely, Esq.
                                     FAX 310/477-3481
                                     310/312-1860
                                     Ste. 1200
                                     [COR LD NTC ret]
                                     11755 Wilshire Blvd.
                                     Los Angeles, CA 90025